NUMBER 13-04-335-CR

 

                         COURT OF APPEALS

 

               THIRTEENTH DISTRICT OF TEXAS

 

                  CORPUS CHRISTI - EDINBURG

__________________________________________________________________

 

MIKE
ANZALDUA,                                                    Appellant,

 

                                           v.

 

THE
STATE OF TEXAS,                                              Appellee.

__________________________________________________________________

 

                On appeal from County
Court at Law No. 1

                          of Cameron
County, Texas.

___________________________________________________________________

 

                     MEMORANDUM OPINION

 

                Before Justices
Hinojosa, Yañez, and Garza

                       Memorandum Opinion Per
Curiam

 








Appellant, MIKE ANZALDUA,
perfected an appeal from a judgment entered by County Court at Law
No. 1 of Cameron County, Texas,  in cause number 2003-CCR-3619-A.  On April 21, 2005, this cause
was abated, and the trial court was directed to conduct a hearing in accordance
with Tex. R. App. P.
38.8(b)(2).  The trial court=s findings and
recommendations were received on September 14, 2005.  The trial court found that the appellant does
not wish to prosecute his appeal.

The Court, having
considered the documents on file and the trial court=s findings and
recommendations, is of the opinion that the appeal should be dismissed.  The appeal is hereby DISMISSED.

PER CURIAM

Do not publish.

Tex. R. App. P. 47.2(b).

 

Memorandum Opinion delivered and filed 

this the 13th day of October, 2005.